IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-388 |
| | ) | |
| BRUCE M. TAKAC | ) | |

GOVERNMENT'S POSITION WITH RESPECT
TO THE PRESENTENCE REPORT

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said district, respectfully submitting as follows:

1. The government has no objections or requests for modifications of the Presentence Report.

2. The government notes that Paragraph 17 of the Presentence Report indicates that defendant Bruce M. Takac has already entered a plea of guilty. As noted earlier in the Report, Mr. Takac is scheduled to enter a guilty plea on June 24, 2009.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/ Carolyn J. Bloch
CAROLYN J. BLOCH
Assistant United States Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
(412) 644-4549 (Fax)
Carolyn.Bloch@usdoj.gov
PA ID No. 53430