# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Bruce M. Takac | Docket No.: 2:08CR00388 |
| Sentencing Judge: | Gustave Diamond, Senior United States District Judge | |
| Current Judge: | Cathy Bissoon, United States District Judge | |
| Date of Original Sentence: | June 29, 2009 | |
| Original Offense: | Distribution of Child Pornography | |
| Original Sentence: | 120 months of imprisonment; lifetime supervised release | |
| Special conditions: | Special Assessment, Sex Offender Registration, Sex Offender Treatment, Computer Search, Computer/Internet Restrictions, Search/Seizure, No Contact with Minors, Computer Monitoring Software, Computer Search Warning to Others, Computer Search for Monitoring Software, No Possession of Child Pornographic Materials, Mental Health Treatment, Polygraph Examination, Reentry Center-Full-Time | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: March 14, 2018 |
| Prior Court History: | 5/30/2018: Modification of conditions | |
| | 9/13/2019: Modification of conditions | |

### PETITIONING THE COURT

☑ To Issue a Warrant
☑ Petition and Warrant sealed until arrest
☐ To Schedule a Show Cause Hearing
☑ No Bond is set
☐ To Issue a Summons
☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITIOS:

The offender shall be placed at Renewal, Inc. for a period of 120 days. While at Renewal, the offender shall participate in any treatment or workforce development programs as directed and shall abide by all rules of the facility. The offender's subsistence fee is waived.

The defendant shall answer truthfully to all inquiries by the probation officer and follow the instructions of the probation officer.

The defendant shall not commit another federal, state or local crime.

NATURE OF NONCOMPLIANCE

Since being placed at the Community Corrections Center (Renewal, Inc.) on September 17, 2019, the defendant has informed that he is only permitted to leave the facility for specific reasons and all locations must be approved in advance. The defendant was informed on several occasions by the staff that Renewal, Inc and the undersigned officer that he is not permitted to go to his sister's residence where

Offender: Bruce M. Takac
Docket No.: 2:08CR00388
Page 2

he has previously resided without permission. From September 27, 2019, to October 28, 2019, the defendant went to his sister's residence eight times without prior approval.

While at his sister's residence on October 25, 2019, a verbal altercation ensued. During that incident, the defendant's sister reported that the defendant threatened physical harm against the undersigned officer. It should be noted that he was at his sister's home without permission. Then on October 28, 2019, the defendant left a threatening/intimidating message on the probation officer's phone. Both instances occurred because the defendant was upset that he will not be permitted to return to his sister's residence after he has served his term at Renewal, Inc. Being such, the defendant's conduct is in violation of 18 U.S.C. §115(a)(1)(B) Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member, threatening to assault or murder a U.S. Official, a U.S. Judge, a federal law enforcement officer, or any employee of the U.S. or any agency or branch of the U.S. Government, with intent to retaliate against such person on account of the performance of their official duties. The Application Notes under U.S.S.C. §7B1.1 advises that under 18 U.S.C. §§3563(a)(1) and 3583(d), a mandatory condition of probation and supervised release is that the defendant not commit another federal, state, or local crime. A violation of this condition may be charged whether or not the defendant has been the subject of a separate federal, state, or local prosecution for such conduct.

Because of the aforementioned, the Probation Office respectfully recommends that an arrest warrant be issued and that no bond be set pending a show cause hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Michael Howard
U.S. Probation Officer Specialist

Approved By: _____
Alexis Zellefrow
Supervisory U.S. Probation Officer

Date: 10/30/2019

Offender: Bruce M. Takac
Docket No.: 2:08CR00388
Page 3

**THE COURT ORDERS:**

☐ No Action

☐ The Issuance of a Warrant and:

    ☐ Petition and Warrant sealed until arrest

    ☐ No Bond is set

    ☐ Bond is set at _____

    ☐ Bond is at the discretion of the Magistrate Judge

☐ That the (probationer/supervised releasee) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised releasee) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised releasee) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☐ Other

                                                                  Cathy Bissoon, United States District Judge

                                                                                   Date