# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF PENNSYLVANIA

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Offender: | Bruce M. Takac | Docket No.: 2:08CR00388 |
| Sentencing Judge: | Gustave Diamond, Senior United States District Judge | |
| Assigned Judge: | Cathy Bissoon, United States District Judge | |
| Date of Original Sentence: | June 29, 2009 | |
| Original Offense: | Distribution of Child Pornography | |
| Original Sentence: | 120 months of imprisonment; lifetime supervised release | |
| Special conditions: | Special Assessment, Sex Offender Registration, Sex Offender Treatment, Computer Search, Computer/Internet Restrictions, Search/Seizure, No Contact with Minors, Computer Monitoring Software, Computer Search Warning to Others, Computer Search for Monitoring Software, No Possession of Child Pornographic Materials, Mental Health Treatment, Polygraph Examination, Reentry Center-Full-Time, Drug Treatment, Substance Abuse Testing, Financial Disclosure, No New Debt/Credit, Place Restriction Under 18 Present, Association Restrictions | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: March 6, 2020 |
| Prior Court History: | Date of Revocation: December 19, 2019 | |
| Revocation Sentence: | 4 Months of Bureau of Prisons, Lifetime Supervised Release | |

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

The person under supervision upon release from imprisonment and/or Bureau of Prisons (BOP) custody, shall serve up to the first one-hundred twenty (120) days of his term of supervised release at a residential re-entry center, e.g., Renewal, Inc, as directed by the probation office. The person under supervision shall observe the rules regulations and directives of the designated community corrections facility. The subsistence fee is requested to be waived as the modification is for housing purposes only. Upon securing an approved residence, the probation office will release the person under supervision from the program.

## CAUSE

Mr. Takac is scheduled to be released from the Renewal Center on July 8, 2020. As of this date, he has not had success in locating housing or sustainable employment due to reductions in employment opportunities currently available. The probation office is seeking an additional one-hundred twenty (120) days at the Renewal Center to allow Mr. Takac more time to find suitable housing before releasing to the community. Upon verification of a suitable residence, our office will release Mr. Takac from placement at the Renewal Center.

Mr. Takac signed a Waiver of Hearing to Modify Conditions, dated June 10, 2020, and agrees with this modification request.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted

By: _____  Nick H Capaccio
                                2020.06.12 09:10:56
                                -04'00'

Nick Capaccio
Supervising U.S. Probation Officer

Approved By: _____  Alexis L. Zellefrow
                                2020.06.12 09:05:30 -04'00'

Alexis Zellefrow
Supervisory U.S. Probation Officer

Date: _____
                    6/12/2020

## THE COURT ORDERS:

☐ No Action
☐ The extension of supervision as noted above.
☐ The Modification of conditions as noted above
☐ Other

_____
Cathy Bissoon, United States District Judge

_____
Date

PROB 49
(3/89)

# United States District Court
## Western District of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

> The person under supervision, upon release from imprisonment and/or Bureau of Prisons (BOP) custody, shall serve up to the first one-hundred twenty (120) days of his term of supervised release at a residential re-entry center, e.g., Renewal, Inc, as directed by the Probation Office. The person under supervision shall observe the rules, regulations, and directives of the designated community corrections facility. The subsistence fee is requested to be waived as the modification is for housing purposes only. Upon securing an approved residence, the Probation Office will release the person under supervision from the program.

Witness: _____        Signed: _____
Kim Krsul                                 Bruce M. TAKAC
RRC Case Manager                          Supervised Releasee

_____
Date