# UNITED STATES DISTRICT COURT
для for the
## WESTERN DISTRICT OF PENNSYLVANIA

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Offender: | Bruce M. Takac |
| Sentencing Judge: | Gustave Diamond, Senior United States District Judge |
| Assigned Judge: | Cathy Bissoon, United States District Judge |
| Date of Original Sentence: | June 29, 2009 |
| Original Offense: | Distribution of Child Pornography |
| Original Sentence: | 120 months of imprisonment; lifetime supervised release |
| Special conditions: | Special Assessment, Sex Offender Registration, Sex Offender Treatment, Computer Search, Computer/Internet Restrictions, Search/Seizure, No Contact with Minors, Computer Monitoring Software, Computer Search Warning to Others, Computer Search for Monitoring Software, No Possession of Child Pornographic Materials, Mental Health Treatment, Polygraph Examination, Reentry Center-Full-Time, Drug Treatment, Substance Abuse Testing, Financial Disclosure, No New Debt/Credit, Place Restriction Under 18 Present, Association Restrictions |
| Type of Supervision: | Supervised Release |
| Prior Court History: | Date of Revocation: December 19, 2019 |
| Revocation Sentence: | 4 Months of Bureau of Prisons, Lifetime Supervised Release |

Docket No.: 2:08CR00388

Date Supervision Commenced: March 6, 2020

## PETITIONING THE COURT

The offender has not complied with the following condition(s) of supervision:

**Special Condition #6:** Defendant is permitted to possess or use a computer and is allowed access to the Internet. However, Defendant is not permitted to use a computer, or other electronic communication or data storage devices, including a cell phone, to access child pornography or to communicate with any individual or group for the purpose of promoting sexual relations with children. Defendant shall consent to the installation of any hardware or software to monitor any computer, or other electronic communication or data storage devices used by the defendant to confirm compliance with this condition. Furthermore, Defendant shall consent to periodic unannounced examinations by the probation or ·pretrial services officer of any computers, cell phones, or other electronic communication or data storage devices that Defendant has access to, to confirm compliance with this condition. Additionally, Defendant shall consent to the seizure and removal of hardware and data storage media for further analysis by the probation or pretrial services officer, based upon reasonable suspicion of a violation of the conditions imposed in this case, or based upon reasonable suspicion of unlawful conduct by Defendant. Failure to submit to the monitoring or search of computers and other electronic communication or data storage devices used by Defendant may be grounds for revocation.

☒ To modify the conditions of supervision as follows:

The offender shall not purchase, possess, or use a computer, a cell phone with internet access, or other electronic devices capable of storing, recording or replaying electronic media or data files, at any location, including his place of employment or education without permission of the probation office. Furthermore, the offender shall not access any internet service provider, bulletin board system or any other public or private computer network or service at any location. The offender shall consent to periodic inspection by the probation or pretrial services officer of any cell phone possessed by the offender to ensure compliance with this condition. The offender

also shall abide by the provisions of the Computer Restrictions and Monitoring Program approved by the Court. This condition shall remain in effect for 12 months. Once the offender is granted computer/internet access again, he shall be subject to all previously imposed conditions regarding computer/internet use and monitoring as noted in the sentence.

# CAUSE

## Violation

Special Condition #6

## Nature of Noncompliance

The probation office contacted Mr. Takac on July 28, 2020, to gather information on his status. During the conversation, Mr. Takac admitted that he accessed an unmonitored device and viewed pornography. Mr. Takac also admitted that he accessed WiFi through his personal cell phone and accessed pornography. Mr. Takac did not have permission to access the internet through either device.

## U.S. Probation Officer Action:

The probation office admonished Mr. Takac for his noncompliant behavior. During the conversation, Mr. Takac had his conditions of release reviewed and the condition of his release that he violated was emphasized. Furthermore, Mr. Takac was informed the probation office was going to report the conduct to the Court and request to have his conditions modified to include no internet access as described above for a year. Lastly, a written reprimand was sent to Mr. Takac detailing his noncompliance and explained that continued noncompliance may lead to a revocation hearing.

Mr. Takac signed a Waiver of Hearing to Modify Conditions, dated July 29, 2020, and voluntarily signed this modification request.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Armando Gonzalez Jr
2020.08.04 09:48:48 -04'00'
Armando Gonzalez
U.S. Probation Officer

Approved By: **Nick H Capaccio**
Nick H Capaccio
2020.08.04 10:29:56 -04'00'
Nick Capaccio
Supervisory U.S. Probation Officer

Date: 8/4/2020

**THE COURT ORDERS:**
☐ No Action
☐ The extension of supervision as noted above.
☐ The Modification of conditions as noted above
☐ Other

_____
Cathy Bissoon, United States District Judge

_____
Date

PROB 49
(3/89)

# United States District Court

### Western District of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender shall not purchase, possess, or use a computer, a cell phone with internet access, or other electronic devices capable of storing, recording or replaying electronic media or data files, at any location, including his place of employment or education without permission of the probation office. Furthermore, the offender shall not access any internet service provider, bulletin board system or any other public or private computer network or service at any location. The offender shall consent to periodic inspection by the probation or pretrial services officer of any cell phone possessed by the offender to ensure compliance with this condition. The offender also shall abide by the provisions of the Computer Restrictions and Monitoring Program approved by the Court. This condition shall remain in effect for 12 months. Once the offender is granted computer/internet access again, he shall be subject to all previously imposed conditions regarding computer/internet use and monitoring as noted in the sentence

Witness: _Kim Krsul_  Signed: _Bruce Takac_
Kim Krsul  Bruce Takac
RRC Case Manager  Supervised Releasee

Date: 7/29/20