PROB 12B
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF PENNSYLVANIA

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Offender: | Bruce M. Takac | Docket No.: 2:08CR00388 |
| Sentencing Judge: | Cathy Bissoon, United States District Judge | |
| Date of Original Sentence: | June 29, 2009 | |
| Original Offense: | Distribution of Child Pornography | |
| Original Sentence: | 120 months of imprisonment; lifetime supervised release | |
| Special conditions: | Special Assessment, Sex Offender Registration, Sex Offender Treatment, Computer Search, Computer/Internet Restrictions, Search/Seizure, No Contact with Minors, Computer Monitoring Software, Computer Search Warning to Others, Computer Search for Monitoring Software, No Possession of Child Pornographic Materials, Mental Health Treatment, Polygraph Examination, Reentry Center-Full-Time, Drug Treatment, Substance Abuse Testing, Financial Disclosure, No New Debt/Credit, Place Restriction Under 18 Present, Association Restrictions, No Internet Access Without Permission | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: March 6, 2020 |
| Prior Court History: | Date of Revocation: December 19, 2019 | |
| Revocation Sentence: | 4 Months of Bureau of Prisons Lifetime of Supervised Release | |

## PETITIONING THE COURT

The offender has not complied with the following condition(s) of supervision:

**Special Condition:** The defendant is barred from any contact with his sister, Theresa Takac, through any method of communication, including but not limited to phone, text, email, or social media, without prior approval from the Probation Office.

☐ To extend the term of supervision
☒ To modify the conditions of supervision as follows:

The person under supervision, upon release from imprisonment and/or Bureau of Prisons (BOP) custody, shall serve up to an additional one-hundred twenty (120) days of his term of supervised release at a residential re-entry center, e.g., Renewal, Inc, as directed by the Probation Office. The person under supervision shall observe the rules, regulations, and directives of the designated community corrections facility. The subsistence fee is requested to be waived as the modification is for housing purposes only. Upon securing an approved residence, the Probation Office will release the person under supervision from the program.

## CAUSE

Mr. Takac is scheduled to be released from the Renewal Center on November 4, 2020. As of this date he has not had success in obtaining housing due to intermittent employment due to covid-19. The probation office is seeking an additional one-hundred twenty (120) days at the Renewal Center to allow Mr. Takac more time to find suitable housing before releasing to the community. Upon verification of a suitable residence, our office will release Mr. Takac from placement at the Renewal Center.

Offender: Bruce M. Takac
Docket No.: 2:08CR00388
Page 2

**Violation:**

Special Condition: The defendant is barred from any contact with his sister, Theresa Takac, through any method of communication, including but not limited to phone, text, email, or social media, without prior approval from the Probation Office.

**Nature of Noncompliance:**

On September 11, 2020, the probation office contacted Mr. Takac to gather information on his status. During the conversation, Mr. Takac admitted that he recently had contact with his sister, Theresa Takac. More specifically, Mr. Takac admitted to seeing his sister on multiple occasions. Mr. Takac did not have permission from the probation office to have contact with his sister.

**U.S. Probation Officer Action:**

The probation office admonished Mr. Takac for his noncompliant behavior. The undersigned officer reviewed Mr. Takac's conditions of supervision with him and emphasized that he was barred from any contact with his sister. On October 26, 2020, the undersigned officer contacted Mr. Takac's sister, and she explained that she has not had any contact with Mr. Takac since the previous contact in September. Theresa Takac also confirmed that Mr. Takac has since disclosed to her that he was barred from having any contact with her. Mr. Takac's sister agreed to inform the probation office if Mr. Takac attempts to contact her again. Mr. Takac is also working with his treatment provider to develop coping skills and healthy thought processing pertaining to Theresa Takac.

Furthermore, the probation office will continue to work with Mr. Takac to find suitable housing.

Mr. Takac signed a Waiver of Hearings to Modify Conditions, dated October 26, 2020, and agrees with this modification request.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _Armando Gonzalez Jr 2020.10.28 08:02:14 -04'00'_
Armando Gonzalez
USPO

Approved By: _Nick H Capaccio 2020.10.28 07:58:58 -04'00'_
Nick Capaccio
Supervisory U.S. Probation Officer

Date: 10/28/2020

**THE COURT ORDERS:**
☐ No Action
☐ The extension of supervision as noted above.
☒ The Modification of conditions as noted above
☐ Other

s./Cathy Bissoon

Cathy Bissoon, United States District Judge
10/28/20
Date